## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY MCCLAIN,<br><br>    Plaintiff,<br><br>  v.<br><br>STAPLES THE OFFICE SUPERSTORE EAST, LLC,<br><br>    Defendant. | Case No. 3:21-cv-1374-RDM<br><br>Judge Robert D. Mariani |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff TROY MCCLAIN and the Defendant OFFICE SUPERSTORE EAST LLC (incorrectly named in the Complaint as "Staples the Office Superstore East, LLC") by and through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff and Defendant in the above-captioned action, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, all claims shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and disbursements.

  RESPECTFULLY SUBMITTED October 22, 2021.

| | |
|---|---|
| */s/Steve T. Mahan*<br>Steve T. Mahan<br>smahan@weisbergcummings.com<br>PA No. 313550<br><br>WEISBERG CUMMINGS P.C.<br>2407 Commerce Drive, Suite B<br>Harrisburg, PA, Suite B<br>Telephone: (717) 238-5707<br>Facsimile: (717) 233-8133<br><br>***Attorneys for Plaintiff*** | */s/Emilie R. Hammerstein*<br>Emilie R. Hammerstein<br>ehammerstein@littler.com<br>PA No. 307499<br><br>LITTLER MENDELSON, P.C.<br>625 Liberty Avenue, 26th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 201-7600<br>Facsimile: (412) 456-2377<br><br>***Attorneys for Defendant*** |